**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive;<br><br>Defendants. | **Case No. 2:26-cv-01014 DMG (BFM)**<br>*Honorable Dolly M. Gee; Ctrm 8C*<br>*Mag. Brianna Fuller Mircheff; Crtm 780 (Roybal)*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ANDRES LOPEZ AND ARACELI RUVALCABA TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 19, 2026<br>Current Response Date: March 12, 2026<br>New Response Date: April 2, 2026 |

**TO THE HONORABLE COURT:**

The parties, Plaintiffs MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased., and Defendant CITY OF LOS ANGELES, by and through their respective counsel of record, have conferred regarding the respective response to Plaintiffs' Complaint for Damages from Defendants ANDRES LOPEZ and

1

1  ARACELI RUVALCABA, and hereby stipulate pursuant to Local Rule 8-3 that
2  Defendants ANDRES LOPEZ and ARACELI RUVALCABA may have an additional 21
3  days to file their responsive pleading to Plaintiffs' Complaint for Damages.  The City of
4  Los Angeles has been dealing with the approval/authorization process regarding
5  Defendants ANDRES LOPEZ and ARACELI's legal representation, and therefore would
6  not have been able to timely respond within the 21-day period.
7      Due to these issues, Plaintiffs' counsel has been gracious enough to agree to the
8  requested Stipulation, and Plaintiffs have agreed to provide defense counsel with an
9  additional 21 days needed to file the respective responses on behalf of Defendants
10 ANDRES LOPEZ and ARACELI RUVALCABA.  Therefore, Defendants ANDRES
11 LOPEZ and ARACELI RUVALCABA's time to respond to Plaintiff's Complaint for
12 Damages is extended from March 12, 2026 to April 2, 2026.

DATED: March 4, 2026    LAW OFFICES OF DALE K. GALIPO

By:   /s/ Benjamin S. Levine
      Dale K. Galipo, Esq.
      Benjamin S. Levine, Esq.
*Attorneys for Plaintiffs* MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased, et al.

DATED: March 4, 2026    HYDEE FELDSTEIN SOTO, City Attorney
                                         DENISE C. MILLS, Chief Deputy City Attorney
                                         KATHLEEN KENEALY, Chief Assistant City Attorney

By:   /s/ *Christian R. Bojorquez*
      Christian R. Bojorquez, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES