**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7023 | Fax No.: (213) 978-8785
Email: Christian.Bojorquez@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in- interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased,<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive;<br><br>Defendant(s). | CASE NO. 2:26-cv-1014-DMG-BFM<br>*Hon. Judge Dolly M. Gee, Ctrm. 8C*<br>*Mag. Brianna Fuller Mircheff, Ctrm;780 (Roybal)*<br><br>**DEFENDANT CITY OF LOS ANGELES' CERTIFICATE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant, CITY OF LOS ANGELES, certifies the following listed parties have a direct, pecuniary interest in the outcome of the case:

   1. MIN YANG, individually and as successor-in- interest to Yong Yang, deceased – Plaintiff

1

    2.    MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased - Plaintiff

    3.    LOS ANGELES POLICE DEPARTMENT - Defendant

    4.    CITY OF LOS ANGELES - Defendant

    5.    ANDRES LOPEZ - Defendant

    6.    ARACELI RUVALCABA - Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

DATED: March 12, 2026    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney

By: /s/ *Christian R. Bojorquez*
CHRISTIAN R. BOJORQUEZ, Deputy City Atty
*Attorneys for Defendant* CITY OF LOS ANGELES