**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:26-cv-01014 DMG (BFM)<br>*Honorable Dolly M. Gee; Ctrm 8C*<br>*Mag. Brianna Fuller Mircheff; Crtm 780 (Roybal)*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ANDRES LOPEZ AND ARACELI RUVALCABA TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 19, 2026<br>Current Response Date: April 2, 2026<br>New Response Date: April 10, 2026 |

**TO THE HONORABLE COURT:**

The parties, Plaintiffs MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased., and Defendant CITY OF LOS ANGELES, by and through their respective counsel of record, have conferred regarding the respective response to Plaintiffs' Complaint for Damages from Defendants ANDRES LOPEZ and

1

ARACELI RUVALCABA, and hereby stipulate pursuant to Local Rule 8-3 that Defendants ANDRES LOPEZ and ARACELI RUVALCABA may have additional time to respond to Plaintiff's complaint. The parties previously stipulated to extend the Defendants' response deadline to April 2, 2026. The City of Los Angeles is still dealing with the approval/authorization process regarding Defendants' legal representation, and therefore would not have been able to timely respond by April 2, 2026.

Due to these issues, Plaintiffs' counsel has been gracious enough to agree to the requested Stipulation, and Plaintiffs have agreed to provide defense counsel with additional time, thru and including April 10, 2026, which is not more than 30 days from the date of service. Therefore, Defendants ANDRES LOPEZ and ARACELI RUVALCABA's time to respond to Plaintiff's Complaint for Damages is extended from April 2, 2026 to April 10, 2026.

DATED: April 1, 2026          LAW OFFICES OF DALE K. GALIPO


By: _____ /S/ Benjamin S. Levine _____
       Dale K. Galipo, Esq.
       Benjamin S. Levine, Esq.
*Attorneys for Plaintiffs* MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased, et al.


DATED: April 1, 2026          HYDEE FELDSTEIN SOTO, City Attorney
                              DENISE C. MILLS, Chief Deputy City Attorney
                              KATHLEEN KENEALY, Chief Assistant City Attorney

By: _____ /S/ Christian R. Bojorquez _____
       Christian R. Bojorquez, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES

2