**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
Elle M. Reed, SBN 328602
  ereed@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant
ANDRES LOPEZ

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. 2:26-cv-01014 DMG (BFM)** <br><br> The Honorable Dolly M. Gee <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT ANDRES LOPEZ TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: February 19, 2026 <br> Current Response Date: April 10, 2026 <br> New Response Date: April 13, 2026 |

TO THE HONORABLE COURT:

Plaintiffs MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased, and Defendant ANDRES LOPEZ, by and through their respective counsel of record, have conferred regarding Defendant ANDRES LOPEZ's response to Plaintiffs' Complaint and hereby stipulate pursuant to Local Rule 8-3 that Defendant may have additional time to respond.

Through prior stipulations executed with counsel for Defendant CITY OF LOS ANGELES on Defendant ANDRES LOPEZ's behalf, Plaintiffs' counsel previously stipulated to extend Defendant's response deadline to April 10, 2026.

Defendant ANDRES LOPEZ has only recently been assigned counsel in this matter, and therefore, absent further extension, will not be able to timely respond by April 10, 2026. Therefore, on the condition that Defendant participate in the court deadlines as currently set, Plaintiffs' counsel has agreed to the instant Stipulation to Extend Time, which provides defense counsel with additional time, through and including April 13, 2026, which is not more than 30 days from Defendant's original responsive pleading deadline.

Thus, it is hereby stipulated that ANDRES LOPEZ's time to respond to the Complaint currently set for April 10, 2026, is extended to April 13, 2026.

**IT IS SO STIPULATED.**

DATED:  April 8, 2026          EVERETT DOREY LLP

By:       /s/ Christopher D. Lee
          Seymour B. Everett, III
          Samantha E. Dorey
          Christopher D. Lee
          Elle M. Reed
          Attorneys for Defendant ANDRES LOPEZ

DATED:  April 8, 2026          LAW OFFICES OF DALE K. GALIPO

By:       /s/ Benjamin S. Levine
          Dale K. Galipo
          Benjamin S. Levine
          Attorneys for Plaintiffs MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased, et al.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ◆ FAX 949-377-3110

4919-1898-1022.4                    -2-          Case No. 2:26-cv-01014 DMG (BFM)
STIPULATION TO EXTEND TIME FOR ANDRES LOPEZ TO RESPOND TO COMPLAINT

## L. R. 5-4.3.4(a)(2)(i) Attestation

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 8, 2026                 EVERETT DOREY LLP


By: _____/s/ Christopher D. Lee_____
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Elle M. Reed
Attorneys for Defendant ANDRES LOPEZ

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

File No. 1081-24

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## PROOF OF SERVICE

### Min Yang v. City of Los Angeles, et al.
### Case No. 2:26-cv-1014-DMG-BFM

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On April 8, 2026, I served true copies of the following document(s) described as

**STIPULATION TO EXTEND TIME FOR DEFENDANT ANDRES LOPEZ TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 8, 2026, at Irvine, California.

_____/s/ Nydia Shannon_____
Nydia Shannon

4919-1898-1022.4

Case No. 2:26-cv-01014 DMG (BFM)

PROOF OF SERVICE

File No. 1081-24

**SERVICE LIST**
**Min Yang v. City of Los Angeles, et al.**
**Case No. 2:26-cv-1014-DMG-BFM**

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*
MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
CHRISTIAN BOJORQUEZ, Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7023 | Fax No.: (213) 978-8785
Email: Christian.Bojorquez@lacity.org
irving.estrada@lacity.org

*Attorney for Defendant*
CITY OF LOS ANGELES

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4919-1898-1022.4

Case No. 2:26-cv-01014 DMG (BFM)

PROOF OF SERVICE