HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
CHRISTIAN BOJORQUEZ, Deputy City Attorney (SBN 192872)
**IRVING ESTRADA, Deputy City Attorney (SBN 314785)**
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-2247 |  Fax No.: (213) 978-8785
Email: Irving.Estrada@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and ARACELI RUVALCABA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in- interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 2:26-cv-01014-DMG-BFM<br>*Hon. Judge Dolly M. Gee, Ctrm. 8C*<br>*Mag. Brianna Fuller Mircheff, Ctrm;780 (Roybal)*<br><br>**DEFENDANT ARACELI RUVALCABA'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

COMES NOW Defendant, ARACELI RUVALCABA, ("Defendant") answering the Plaintiffs' Complaint for Damages for herself and for no other parties, admits, denies, and alleges as follows:

///

///

1

## JURISDICTION AND VENUE

1. Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2. Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## INTRODUCTION

3. Answering paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4. Answering paragraph 4, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

5. Answering paragraph 5, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

## PARTIES

6. Answering paragraph 6, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7. Answering paragraph 7, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8. Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9. Answering paragraph 9, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

10. Answering paragraph 10, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

///

2

11. Answering paragraph 11, Defendant admits the allegations contained therein, except for specific allegation regarding the City.

12. Answering paragraph 12, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

13. Answering paragraph 13, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

14. Answering paragraph 14, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

15. Answering paragraph 15, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

16. Answering paragraph 16, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

17. Answering paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18. Answering paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19. Answering paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20, Denial, except for specified allegations admitted that Defendant responded.

21. Answering paragraph 21, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

24. Answering paragraph 24, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

25. Answering paragraph 25, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

26. Answering paragraph 26, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

27. Answering paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering paragraph 28, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29. Answering paragraph 29, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

30. Answering paragraph 30, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering paragraph 34, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37. Answering paragraph 37, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

38. Answering paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FIRST CLAIM RELIEF

**Unreasonable Search and Seizure- Unlawful Entry (42 U.S.C. § 1983)**

**Plaintiffs against Defendants LOPEZ, RUVALCABA, and DOE OFFICERS**

41. Answering paragraph 41, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

42.    Answering paragraph 42, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

43.    Answering paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44.    Answering paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

45.    Answering paragraph 45, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

46.    Answering paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47.    Answering paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48.    Answering paragraph 48, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49.    Answering paragraph 49, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50.    Answering paragraph 50, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

51.    Answering paragraph 51, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

6

## SECOND CLAIM FOR RELIEF

### Fourth Amendment- Unlawful Detention and Arrest (42 U.S.C. § 1983)

### Plaintiffs against Defendants LOPEZ, RUVALCABA, and DOE OFFICERS

52.     Answering paragraph 52, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

53.     Answering paragraph 53, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

54.     Answering paragraph 54, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

55.     Answering paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56.     Answering paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57.     Answering paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58.     Answering paragraph 58, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59.     Answering paragraph 59, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

///

7

60. Answering paragraph 60, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

61. Answering paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63. Answering paragraph 63, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

64. Answering paragraph 64, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## THIRD CLAIM FOR RELIEF

**Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983)**

**Plaintiffs against Defendants LOPEZ, RUVALCABA, and DOE OFFICERS**

65. Answering paragraph 65, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

66. Answering paragraph 66, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

67. Answering paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

69.    Answering paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70.    Answering paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71.    Answering paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72.    Answering paragraph 72, DENY.

73.    Answering paragraph 73, DENY.

74.    Answering paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75.    Answering paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76.    Answering paragraph 76, DENY.

77.    Answering paragraph 77, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

78.    Answering paragraph 78, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

### FOURTH CLAIM FOR RELIEF

**Fourth Amendment Denial of Medical Care (42 U.S.C. § 1983)**

**Plaintiffs against Defendants LOPEZ, RUVALCABA, and DOE OFFICERS**

79.    Answering paragraph 79, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

80. Answering paragraph 80, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering paragraph 82, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

84. Answering paragraph 84, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

85. Answering paragraph 85, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

86. Answering paragraph 86, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FIFTH CALIM FOR RELIEF

**First and Fourteenth Amendments – Interference with Familial Relationship**

**(42 U.S.C. § 1983)**

**Plaintiffs against Defendants LOPEZ, RUVALCABA, and DOE OFFICERS**

87. Answering paragraph 87, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

88. Answering paragraph 88, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

89.    Answering paragraph 89, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

90.    Answering paragraph 90, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91.    Answering paragraph 91, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

92.    Answering paragraph 92, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

93.    Answering paragraph 93, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

94.    Answering paragraph 94, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

95.    Answering paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

96.    Answering paragraph 96, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

97.    Answering paragraph 97, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

///

///

11

**SIXTH CALIM FOR RELIEF**

**Municipal Liability (Monell) – Unconstitutional Custom, Policy, or Practice**

**(42 U.S.C. § 1983)**

**Plaintiffs against Defendant CITY OF LOS ANGELES**

98.    Answering paragraph 98, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

99.    Answering paragraph 99, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

100.    Answering paragraph 100, subparagraphs a – j,  the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

100.    Answering paragraph 100, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

101.    Answering paragraph 101, subparagraphs a – c, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

102.    Answering paragraph 102, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

103.    Answering paragraph 103, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

104.    Answering paragraph 104, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

105.    Answering paragraph 105, subparagraphs a – k, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

///

12

106.   Answering paragraph 106, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

107.   Answering paragraph 107, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

108.   Answering paragraph 108, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

109.   Answering paragraph 109, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

110.   Answering paragraph 110, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

111.   Answering paragraph 111, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

112.   Answering paragraph 112, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

113.   Answering paragraph 113, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

**SEVENTH CALIM FOR RELIEF**

**Municipal Liability (Monell) – Failure to Train (42 U.S.C. § 1983)**

**By Plaintiffs against Defendant CITY OF LOS ANGELES**

114.   Answering paragraph 114, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

115.   Answering paragraph 115, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

116.   Answering paragraph 116, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

///

13

117.   Answering paragraph 117, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

118.   Answering paragraph 118, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

119.   Answering paragraph 119, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

120.   Answering paragraph 120, subparagraphs a-d, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

121.   Answering paragraph 121, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

122.   Answering paragraph 122, subparagraphs a – k, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

123.   Answering paragraph 123 the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

124.   Answering paragraph 124, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

125.   Answering paragraph 125, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

126.   Answering paragraph 126, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

127.   Answering paragraph 127, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

///

///

///

14

## EIGHTH CALIM FOR RELIEF

### Municipal Liability (Monell) – Ratification (42 U.S.C. § 1983)

### By Plaintiffs against Defendant CITY OF LOS ANGELES

128. Answering paragraph 128, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

129. Answering paragraph 129, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

130. Answering paragraph 130, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

131. Answering paragraph 131, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

132. Answering paragraph 132, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

133. Answering paragraph 133, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

134. Answering paragraph 134, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

135. Answering paragraph 135, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

136. Answering paragraph 136, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

137. Answering paragraph 137, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

///

///

15

## NINTH CALIM FOR RELIEF

### Americans with Disabilities (42 U.S.C. § 1983)

### By Plaintiffs against All Defendants

138. Answering paragraph 138, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

139. Answering paragraph 139, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

140. Answering paragraph 140, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

141. Answering paragraph 141, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

142. Answering paragraph 142, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

143. Answering paragraph 143 the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

144. Answering paragraph 144, the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

145. Answering paragraph 145, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

146. Answering paragraph 146, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

147. Answering paragraph 147, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

///

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### THIRD AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

### FOURTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff or others.  Any injury or damage suffered was due to or caused solely by reason of Plaintiff's or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

### FIFTH AFFIRMATIVE DEFENSE

If there was a violation, Defendant is entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4,

17

820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as Civil Code §43.55 & 47 and Penal Code 847(b).

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant's actions are privileged pursuant to Civil Code, Section 47.

### NINTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

### TENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.

### ELEVENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense/officer safety.

### TWELFTHTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### THIRTEENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

///

///

## FOURTEENTH AFFIRMATIVE DEFENSE

Failure to Mitigate Damages: Plaintiff has failed to take reasonable measures/action to avoid the injuries/damages alleged in their Complaint, and thus any recovery should be reduced accordingly.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that they might have reasonably made; and that Plaintiff failed to mitigate their damages, if any there were.

## SIXTEENTH AFFIRMATIVE DEFENSE

Unavoidable Detriment:  To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

## SEVENTEETH AFFIRMATIVE DEFENSE

Apportionment of Fault:  If it is found that any Defendant is legally responsible for the damages, if any, which Defendant specifically denies, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault to be found to exist of Plaintiff or others and causative fault, whether sued herein or not.

///
///
///
///
///
///
///

19

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiff take nothing by this action;

2.    That the action be dismissed;

3.    That Defendant be awarded costs of suit; and

4.    That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: April 10, 2026        HYDEE FELDSTEIN SOTO, City Attorney
CHRISTIAN BOJORQUEZ, Deputy City Attorney

By: _____
**IRVING ESTRADA, Deputy City Attorney**
*Attorneys for Defendants,* CITY OF LOS ANGELES and ARACELI RUVALCABA