HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
CHRISTIAN BOJORQUEZ, Deputy City Attorney (SBN 192872)
**IRVING ESTRADA, Deputy City Attorney (SBN 314785)**
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-2247 | Fax No.: (213) 978-8785
Email: Irving.Lopez@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and ARACELI RUVALCABA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in- interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased,<br><br>                 Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive;<br><br>                 Defendants. | CASE NO. 2:26-cv-1014-DMG-BFM<br>*Hon. Judge Dolly M. Gee, Ctrm. 8C*<br>*Mag. Brianna Fuller Mircheff, Ctrm;780 (Roybal)*<br><br>**DEFENDANT ARACELI RUVALCABAS' CERTIFICATE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant, ARACELI RUVALCABA, certifies the following listed parties have a direct, pecuniary interest in the outcome of the case:

1.    MIN YANG, individually and as successor-in- interest to Yong Yang, deceased – Plaintiff

1

2.     MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased - Plaintiff

3.     LOS ANGELES POLICE DEPARTMENT - Defendant

4.     CITY OF LOS ANGELES - Defendant

5.     ANDRES LOPEZ - Defendant

6.     ARACELI RUVALCABA - Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

DATED: April 10, 2026       HYDEE FELDSTEIN SOTO, City Attorney
CHRISTIAN BOJORQUEZ, Deputy City Attorney


By: _____
    **IRVING ESTRADA, Deputy City Attorney**
*Attorneys for Defendants,* CITY OF LOS ANGELES and ARACELI RUVALCABA