**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
Elle M. Reed, SBN 328602
  ereed@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant
ANDRES LOPEZ

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ◆ FAX 949-377-3110

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES; ANDRES LOPEZ; ARACELI RUVALCABA; and DOES 1 through 10, inclusive,<br><br>    Defendant. | **Case No.  2:26-cv-01014 DMG (BFM)**<br><br>The Honorable Dolly M. Gee, Courtroom 8C<br><br>**DEFENDANT ANDRES LOPEZ'S CERTIFICATE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendant ANDRES LOPEZ, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1.    MIN YANG, individually and as successor-in-interest to Yong Yang, deceased – Plaintiff.

DEFENDANT ANDRES LOPEZ'S CERTIFICATE OF INTERESTED PARTIES

2. MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased – Plaintiff.

3. LOS ANGELES POLICE DEPARTMENT – Defendant.

4. CITY OF LOS ANGELES – Defendant.

5. ANDRES LOPEZ – Defendant

6. ARACELI RUVALCABA – Defendant.

These representations are made to enable the Court to evaluate disqualification or recusal.

DATED:  April 13, 2026          EVERETT DOREY LLP

By: _____
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Elle M. Reed
Attorneys for Defendant
ANDRES LOPEZ

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

-2-
DEFENDANT ANDRES LOPEZ'S CERTIFICATE OF INTERESTED PARTIES

File No. 1081-24

**PROOF OF SERVICE**

**Min Yang v. City of Los Angeles, et al.**
**Case No. 2:26-cv-1014-DMG-BFM**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On April 13, 2026, I served true copies of the following document(s) described as

**DEFENDANT ANDRES LOPEZ'S CERTIFICATE OF INTERESTED PARTIES**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2026, at Irvine, California.

_____
Nydia Shannon

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ◆ FAX 949-377-3110

PROOF OF SERVICE

File No. 1081-24

**SERVICE LIST**
**Min Yang v. City of Los Angeles, et al.**
**Case No. 2:26-cv-1014-DMG-BFM**

| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Benjamin S. Levine (SBN 342060)<br>blevine@galipolaw.com<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333<br>Fax: (818) 347-4118 | *Attorneys for Plaintiffs*<br>MIN YANG, individually and as successor-in-interest to Yong Yang, deceased; and MYUNG SOOK YANG, individually and as successor-in-interest to Yong Yang, deceased |
| HYDEE FELDSTEIN SOTO, City Attorney<br>DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)<br>KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)<br>CHRISTIAN BOJORQUEZ, Deputy City Attorney (SBN 192872)<br>IRVING ESTRADA, Deputy City Attorney (SBN 314785)<br>200 North Main Street, 6th Floor,<br>City Hall East<br>Los Angeles, CA 90012<br>Phone No.: (213) 978-7023 \| Fax No.: (213) 978-8785<br>Email: Christian.Bojorquez@lacity.org<br>irving.estrada@lacity.org | *Attorney for Defendants*<br>CITY OF LOS ANGELES and ARACELI RUVALCABA |

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

PROOF OF SERVICE