Judge Dolly M. Gee

**Plaintiffs' Exhibit A**

## SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET

Case No.  2:26-cv-01014-DMG-BFM    Case Name:  Min Yang et al. v. City of Los Angeles et al.

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL**    [ ] Court  [✓] Jury<br><br>Duration Estimate: | 10/26/2027  *<br><br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | 09/28/2027<br><br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | 09/08/2026 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 06/04/2027 |
| Motion Cut-Off   (filing deadline) | at least 13 wks before FPTC | 06/11/2027 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 07/09/2027 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 08/06/2027 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 08/20/2027 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 08/20/2027 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 08/27/2027 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 09/10/2027 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | N/A |

* This trial date was proposed to Plaintiffs' counsel by counsel for Defendants City and Sgt. Ruvalcaba. Although Plaintiffs' counsel originally proposed a September 2027 trial date, Plaintiffs' counsel agreed to the proposed October 2027 date to accommodate counsel for these Defendants.

**EXHIBIT A**

[3]Trials commence on Tuesdays.  Final pretrial conferences are held on Tuesdays.

6