Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No. 2:26-cv-01014-DMG-BFM

Case Name: Min Yang et al. v. City of Los Angeles et al.

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL**    [ ] Court  [✓] Jury <br><br> Duration Estimate: | 02/01/2028 <br><br> (Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")** <br><br> 4 wks before trial | 01/04/2028 <br><br> (Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | 09/08/2026 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 09/10/2027 |
| Motion Cut-Off   (filing deadline) | at least 13 wks before FPTC | 09/03/2027 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 10/15/2027 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 11/12/2027 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 11/26/2027 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 11/26/2027 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 12/03/2027 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 12/17/2027 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | N/A |

**EXHIBIT A**

[3]Trials commence on Tuesdays.  Final pretrial conferences are held on Tuesdays.